**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6284**

---

ROBERT D. WHITE,

Petitioner - Appellant,

versus

RON ANGELONE, Director of Prisons; MR. ALDER-
MAN, Chairman of Parole Board; COMMONWEALTH OF
VIRGINIA,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-99-1894-AM)

---

Submitted: April 13, 2000      Decided: April 21, 2000

---

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Robert D. White, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert D. White seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See White v. Angelone, No. CA-99-1894-AM (E.D. Va. Dec. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2